UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
WDNC Civil Action No. 3:22-cv-60-MOC-SCR

| | |
|---|---|
| CLARENCE DELANO BELTON, JR., | ) |
| Plaintiff, | ) |
| v. | ) **DEFENDANTS' JOINT CONSENT MOTION TO STAY** |
| CITY OF CHARLOTTE, and HEATHER LOVERIDGE, individually and officially, | ) |
| Defendants. | ) |

NOW COME Defendants, City of Charlotte, and Heather Loveridge, by and through undersigned counsel, and hereby move that all further proceedings in this action, including the trial (currently scheduled for the August 18, 2025 term) and all pre-trial obligations be stayed pending the resolution of the Defendant Loveridge's Motion for Summary Judgment [Doc. 21]. In support of this Motion, the Defendants state as follows:

1. On March 2, 2023, Defendant Heather Loveridge timely filed her Motion for Summary Judgment. [Doc. 21]. A hearing was held on the Motion for Summary Judgment on June 2, 2023.

2. The City timely filed its Motion for Summary Judgment on March 3, 2023. [Doc. 24].

3. The Honorable Max O. Cogburn, Jr. issued an Order [Doc. 36] on September 26, 2023, denying Defendants' Motions for Summary Judgment.

4. Defendant Loveridge filed a Notice of Appeal from Judge Cogburn's Order to the United States Court of Appeal for the Fourth Circuit on October 4, 2023.

5. The Fourth Circuit Court of Appeals issued its opinion on February 26, 2025 [Doc. 61] vacating and remanding the case back to the Western District of the United States District Court for further proceedings.

6. The Honorable Max O. Cogburn, Jr. issued an Order [Doc. 63] for supplemental briefing by both parties on April 1, 2025. The parties have each timely submitted their supplemental briefing [Docs. 64, 65, and 66].

7. Defendants respectfully contend that further proceedings in this action should be stayed pending the Court's decision on Defendant Loveridge's Motion for Summary Judgment.

8. Counsel for Plaintiff has consented to this Motion.

WHEREFORE, for the reasons set forth above, the Defendants respectfully request that all further proceedings in this action, including trial and all pre-trial obligations, be stayed pending Court's decision on Defendant Loveridge's Motion for Summary Judgment.

Respectfully submitted, this the 23rd day of July, 2025.

| CRANFILL SUMNER LLP | OFFICE OF THE CITY ATTORNEY |
|---|---|
| BY: */s/ Stephanie H. Webster*<br>Stephanie H. Webster, NC Bar #12164<br>P.O. Box 30787<br>Charlotte, NC 28230<br>Telephone (704) 332-8300<br>Facsimile (704) 332-9994<br>swebster@cshlaw.com<br>*Attorney for Defendant Heather Loveridge* | BY: */s/ Taylor Imperiale*<br>Taylor Imperiale (N.C. Bar No. 61777)<br>Assistant City Attorney<br>Charlotte-Mecklenburg Government Center<br>600 E. Fourth Street<br>Charlotte, North Carolina 28202<br>Telephone: (980) 275-9796<br>Taylor.Imperiale@charlottenc.gov<br>*Attorney for the City of Charlotte* |

4901-7386-2231, v. 1

# CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day electronically filed the foregoing **DEFENDANTS' JOINT CONSENT MOTION TO STAY** with the Clerk of Court using the CM/ECF system which will send electronic notification of the filing to the following:

>Amanda A. Mingo
>Kathleen Clary
>Rawls, Scheer, Clary and Mingo, PLLC
>1011 E. Morehead Street, Suite 300
>Charlotte, NC 28204
>amingo@rscmlaw.com
>kclary@rsfmlaw.com
>*Attorneys for Plaintiff*

>Taylor Imperiale
>Office of City Attorney
>600 East 4th Street
>Charlotte, North Carolina 28202
>Taylor.Imperiale@charlottenc.gov
>*Attorney for Defendant City of Charlotte*

This the 23rd day of July, 2025.

>>CRANFILL SUMNER LLP

>>*/s/ Stephanie H. Webster*
>>Stephanie H. Webster, NC Bar #12164
>>*Attorneys for Defendant Heather Loveridge*
>>P.O. Box 30787
>>Charlotte, NC 28230
>>Telephone (704) 332-8300
>>Facsimile (704) 332-9994
>>swebster@cshlaw.com