FILED: October 14, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1945
(3:22-cv-00060-MOC-SCR)

_____

GRAY MEDIA GROUP, INC., d/b/a WBTV

    Party-in-Interest - Appellant

and

CLARENCE DELANO BELTON, JR.

    Plaintiff

v.

HEATHER LOVERIDGE

    Defendant - Appellee

and

CITY OF CHARLOTTE

    Defendant

_____

M A N D A T E

_____

The judgment of this court, entered September 19, 2025, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*